UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORTHERN ASSURANCE COMPANY OF AMERICA, as successor to EMPLOYERS' SURPLUS LINES INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)  No.: 12-cv-11764-DFS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated that the above-captioned action is dismissed with prejudice, with each party to bear its own fees and costs, and with all rights of appeal waived.

Dated: January 13, 2014

Respectfully submitted,

**CENTURY INDEMNITY COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA,**

by its attorneys,

/s/ Paul T. Sullivan
Paul T. Sullivan, BBO No. 659413
psullivan@chartwelllaw.com
THE CHARTWELL LAW OFFICES, LLP
22 Batterymarch St. 4th Floor
Boston, MA 02109
Telephone: (617) 426-2400

Seth Goodman Park
Siegal & Park, Suite 120
533 Fellowship Road
Mt. Laurel, NJ 08054
Telephone: (856) 380-8900
Facsimile:  (856) 380-8901

Respectfully submitted,

**NORTHERN ASSURANCE COMPANY OF AMERICA, as successor to EMPLOYERS' SURPLUS LINES INSURANCE COMPANY,**

by its attorneys,

/s/ _Kevin J. O'Connor
Kevin J. O'Connor, BBO#555249
koconnor@hermesnetburn.com
HERMES, NETBURN, O'CONNOR, & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
Telephone: (617) 728-0050
Facsimile: (617) 728-0052

-2-

## CERTIFICATE OF SERVICE

      I, Jennifer L. Stineback, hereby certify that on January 13, 2014, I filed a copy of the within document via the ECF system and said document will be sent through that system electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ *Jennifer L. Stineback*
      Jennifer L. Stineback

G:\DOCS\JLN\CLIENTS\Resolute\PG&E\Stipulation of Dismissal.docx